1  JAMES R. PATTERSON (211102)
   PATTERSON LAW GROUP, APC
2  402 W. Broadway, 29th Floor
   San Diego, CA 92101
3  Telephone:    (619) 398-4760
   Facsimile:    (619) 756-6991
4  jim@pattersonlawgroup.com

5  Attorneys for Plaintiff and the Class

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LINDA PETERSEN, an individual, on behalf of ) | CASE NO. 3:11-cv-01254-CRB
   | herself and all others similarly situated,   )
12 |                                              ) | Honorable Charles R. Breyer
   |                          Plaintiff,          )
13 |                                              )
   |                vs.                           ) | **NOTICE OF SUBSTITUTION OF**
14 |                                              ) | **COUNSEL FOR PLAINTIFF AND**
   | SUR LA TABLE, INC., a Washington             ) | [~~PROPOSED~~] **ORDER**
15 | Corporation; and DOES 1 through 50, inclusive,)
   |                                              )
16 |                                              )
   |                          Defendants.         )
17 |                                              )

18

19 ///

20 ///

21

IT IS SO ORDERED

Judge Charles R. Breyer

Notice of Substitution of Counsel            1              CASE NO.: 3:11-cv-01254-CRB

TO THE COURT AND ALL PARTIES:

Please take notice that Plaintiff's lead counsel, James R. Patterson is now associated with the law firm of Patterson Law Group, APC, and enters appearances in this action on behalf of that firm. Plaintiff substitutes Patterson Law Group, APC in as counsel in place of Harrison, Patterson & O'Connor, LLP, which is no longer counsel of record for any plaintiff or the proposed class and should be removed from the Court's and the Parties' service lists.

We consent to this substitution and request that the Court approve same.

Dated: July 18, 2011         Plaintiff

                             By: /s/ Linda Petersen
                                 Linda Petersen
                                 Plaintiff

Dated: July 18, 2011         PATTERSON LAW GROUP, APC

                             By: /s/ James R. Patterson
                                 James R. Patterson
                                 Attorneys for Plaintiff

Dated: July 18, 2011         HARRISON, PATTERSON & O'CONNOR, LLP

                             By: /s/ James R. Patterson
                                 James R. Patterson
                                 Former Attorneys for Plaintiff