| | |
|---|---|
| Scott Jacobs, SBN 81980<br>sjacobs@reedsmith.com<br>Brandon Corbridge, SBN 244934<br>bcorbridge@reedsmith.com<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514<br><br>Telephone: 213.457.8000<br>Facsimile: 213.457.8080<br><br>Attorneys for Defendant<br>SUR LA TABLE, INC. | James R. Patterson, SBN 211102<br>HARRISON PATTERSON & O'CONNOR LLP<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br><br>Telephone: 619.756.6990<br>Facsimile: 619.756.6991<br><br>Attorneys for Plaintiff and the Class |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA PETERSEN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUR LA TABLE, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: 3:11-cv-01254-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 28 U.S.C. § 1404(a)** |

| | |
|---|---|
| 1 | WHEREAS, on February 16, 2011, Amanda Georgino filed a class action complaint in the Superior Court of California, County of Los Angeles, Case No. BC455406, on behalf of herself and a proposed statewide class consisting of all persons in California from whom Defendant Sur La Table, Inc. ("Sur La Table") requested and recorded personal identification information in conjunction with a credit card transaction (the "*Georgino* Action"). |

WHEREAS, on February 16, 2011, Amanda Georgino filed a class action complaint in the Superior Court of California, County of Los Angeles, Case No. BC455406, on behalf of herself and a proposed statewide class consisting of all persons in California from whom Defendant Sur La Table, Inc. ("Sur La Table") requested and recorded personal identification information in conjunction with a credit card transaction (the "*Georgino* Action").

WHEREAS, on March 15, 2011, Plaintiff Linda Petersen ("Plaintiff") filed the Complaint in this action on behalf of herself and a proposed statewide class consisting of all persons from whom Sur La Table requested and recorded personal identification information in conjunction with a credit card transaction in California.

WHEREAS, on April 25, 2011, the *Georgino* Action was removed to the United States District Court for the Central District of California, Case No. CV11-03522 MMM/JEM;

WHEREAS, the parties to this action believe that the interest of justice, including the interest in judicial economy, would be best served by transferring this action to the United States District Court for the Central District of California where the first-filed *Georgino* Action is pending;

THEREFORE, the parties hereby stipulate and respectfully request that the Court transfer this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

IT IS SO STIPULATED.

DATED: August 26, 2011                REED SMITH LLP

                                       By  */s/ Scott H. Jacobs*
                                           Scott H. Jacobs
                                           Brandon W. Corbridge
                                           Attorneys for Defendant
                                           SUR LA TABLE, INC.

DATED: August 26, 2011                HARRISON PATTERSON & O'CONNOR LLP

                                       By  */s/ James R. Patterson*
                                           James R. Patterson
                                           Attorneys for Plaintiff
                                           LINDA PETERSEN

No.: 3:11-cv-01254-CRB                - 1 -
STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE

**ECF ATTESTATION**

I, Scott H. Jacobs, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 28 U.S.C. § 1404(a)**

In compliance with General Order 45, X.B., I hereby attest that James R. Patterson concurred in this filing.

Dated: August 26, 2011        REED SMITH LLP

By: */s/ Scott H. Jacobs*
        Scott H. Jacobs

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY**
2  **ORDERED** that this matter is TRANSFERRED to the United States District Court for the Central
3  District of California. 28 U.S.C. § 1404(a); *see Bennet v. Bed Bath & Beyond, Inc., et al.*, No. 11-
4  02220, 2011 U.S. Dist. LEXIS 79973 (N.D. Cal. Jul. 22, 2011).

6  **IT IS SO ORDERED.**

9  DATED: August 29, 2011      By: _____
                                   R. Breyer
                                   District Court

